UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

  vs.

DAMION ANTHONY SINCLAIR,     **<u>INDICTMENT</u>**
  a.k.a. "Damion of the Sinclair Family,"

   Defendant.
_____/

   The Grand Jury charges:

**Possessing Contraband in Prison**

   On or about March 15, 2026, in Newaygo County, in the Southern Division of

the Western District of Michigan, the defendant,

DAMION ANTHONY SINCLAIR,

an inmate of the Newaygo County Jail, a facility in which persons are held in custody

by direction of and pursuant to a contract and agreement with the Attorney General,

knowingly possessed a prohibited object, that is, the narcotic drug cocaine.

18 U.S.C. § 1791(a)(2), (b)(1), (d)(1)(C), (d)(3), (d)(4)
21 U.S.C. § 802(17)(D)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

HANNA L. RUTKOWSKI
Assistant United States Attorney